MUNICIPAL TEL. CO., Appellant, v. Mc-CREARY, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by the Municipal Telegraph Company against Edward McCreary. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

MURPHY, Respondent, v. CUFF, Appellant. (Supreme Court. Appellate Division, Fourth Department. November 18, 1902.) Action by John Murphy against Edward Cuff. No opinion. Judgment and order affirmed, with costs.

McLENNAN and WILLIAMS, JJ., dissenting.

MURPHY, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by William A. Murphy against Henry H. Jackson. No opinion. Judgment of the county court of Dutchess county affirmed, with costs.

MUZZY, Respondent, v. GULICK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by John B. Muzzy, as receiver, etc., against Ernestus Gulick and another. No opinion. Judgment affirmed, with costs.

McLENNAN and HISCOCK, JJ., dissenting on the ground that the testimony of George Copley in supplementary proceedings was improperly received in evidence.

NAGLE, Appellant, v. VOORHIS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1902.) In the matter of Percival E. Nagle against John R. Voorhis and others. L. S. Lokowitz, for appellant. J. J. Green, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NASH. Respondent, v. NEW JERSEY STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by John H. Nash against the New Jersey Steamboat Company. W. P. Prentice, for appellant. J. V. Bouvier, for respondent.

PER CURIAM. Upon plaintiff stipulating to reduce judgment as, entered to the sum of $3.325.14, judgment as so reduced, affirmed, without costs to either party. In case such stipulation be not given, judgment reversed, and new trial ordered; costs to appellant to abide event.

In re NASH'S WILL. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the probate of the last will and testament of Harriet C. Nash, deceased. No opinion. Motion denied upon opinion in Cooper v. Cooper (decided herewith) 78 N. Y. Supp. 397. See 78 N. Y. Supp. 449.

NEUHAUS, Respondent, v. NEUHAUS, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Agnes Neuhaus against George E. Neu-

haus. M. H. Grossman, for appellant. A. W. Otis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEVIN, Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by James T. Nevin against Daniel Coleman. A. L. Smidt, for appellant. N. Smith, for respondent. No opinion. Judgment affirmed, with costs.

NEWBURGH SAV. BANK, Respondent, v. TOWN OF WOODBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by the Newburgh Savings Bank against the town of Woodbury and others. No opinion. Motion denied.

NEWMAN et al., Appellants, v. DOYLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) Action by Henry L. Newman and another against James Doyle and others. No opinion. Judgment affirmed, with costs.

In re NEW ROCHELLE TRUST CO. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) In the matter of the application of the New Rochelle Trust Company for designation as a deposit bank for court funds. No opinion. Motion granted, and matter referred to Raymond V. Ingersoll, Esq.

NEWSON, Appellant, v. FULKERSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by William Newson against Elias Fulkerson and others. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK CEMENT CO., Respondent, v. CONSOLIDATED ROSENDALE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by the New York Cement Company against the Consolidated Rosendale Cement Company. No opinion. Motion denied.

NEW YORK STATE CONVENTION OF UNIVERSALISTS, Respondent, v. FIRST UNIVERSALIST CHURCH OF GLENS FALLS et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by the New York State Convention of Universalists against the First Universalist Church of Glens Falls and others. No opinion. Order affirmed, with $10 costs and disbursements.

NICHOLS, Respondent, v. PHŒNIX INS. CO. OF HARTFORD, CONN., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Helen Mae Nichols against the Phœnix Insurance Company of Hartford, Conn. No opinion. Judgment and order affirmed, with costs.

NICOLAY, Appellant, v. NICOLAY, Respondent. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Ac-

tion by Florence M. Nicolay against David S. Nicolay. No opinion. Judgment affirmed, with costs.

NIEWENHAUS, Respondent, v. NEW YORK & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action v. Siebrand Niewenhaus against the New York & Harlem Railroad Company. T. Emery, for appellant. G. C. Law, for respondent. No opinion. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissenting.

NILSSON, Respondent, v. DE HAVEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Nils Nilsson against Hugh De Haven. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN, Respondent, v. MANNING, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Margaret O'Brien against Thomas Manning, as executor, etc., of Margaret Murray, deceased. No opinion. Judgment and order of the county court of Westchester county unanimously affirmed, with costs.

O'DONNELL v. SALINSKY. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Marguerite F. C. O'Donnell against Benjamin Salinsky. No opinion. Motion granted, with $10 costs.

O'DONOGHUE et al., Respondents, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Margaret A. O'Donoghue and others against Annie E. Smith and others. H. Aplington, for appellants. F. A. Card, for respondents. No opinion. Order affirmed with $10 costs and disbursements.

OLEAN ST. RY. CO. v. PENNSYLVANIA R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by the Olean Street Railway Company against the Pennsylvania Railroad Company and another. No opinion. Motion for leave to appeal to the court of appeals granted; order settling questions to be certified to be settled by and before Mr. Justice McLENNAN on two days' notice.

In re ONEONTA, C. & R. S. RY. CO. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the application of the Oneonta, Cooperstown & Richfield Springs Railway Company for the appointment of commissioners to determine whether a street-surface railway ought to be constructed and operated in and upon Lake and Church streets in the village of Richfield Springs, in the county of Otsego and state of New York.

PER CURIAM. Order amended by inserting after the words "Harrington and William B. Ward" the words "and the Delaware, Lackawanna & Western Railroad Company," and also

at the end of said order the words, "No further costs or disbursements shall be taxed herein than the amount above stated."

In re ONEONTA, C. & R. S. RY. CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) In the matter of the application of Onconta, Cooperstown & Richfield Springs Railway Company for the appointment of commissioners to determine whether a street-surface railroad ought to be constructed and operated upon Lake and Church streets, being a continuous street or highway in the village of Richfield Springs, in the county of Otsego and state of New York.

PER CURIAM. Application granted, and the following persons appointed commissioners: Charles Davis, of Saugerties, N. Y., George S. Andrews, of Owego, N. Y., and William W. Worden, of Saratoga Springs, N. Y. Ordered that the question under the statute of public necessity and convenience be referred to this commission. All other questions are reserved until the coming in of that report. Order to be settled by CHESTER, J., if not agreed upon.

ORNE, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Benjamin Orne against William C. Greene. M. E. Harby, for appellant. P. A. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissenting.

ORNE v. GREENE. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Benjamin Orne against William C. Greene. No opinion. Motion denied.

PAGE, Respondent, v. CANFIELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Joseph L. Page, as receiver, etc., against Ursula Z. Canfield.

PER CURIAM. Judgment and order reversed, and new trial ordered with costs to the appellant to abide event, upon questions of law only, the facts having been examined and no error found therein. Held, that plaintiff was properly appointed, and had power to maintain this action; but held that the court committed error in receiving the evidence of Stickney's alleged statements to Mrs. Margaret Canfield that she would not get any alimony, and of Waring's alleged advice to the mortgagor to go away, given after the mortgage was executed, and in its charge and refusals to charge concerning said evidence. This renders consideration of other exceptions relating to the admission and rejection of evidence and to the charge and refusals to charge unnecessary.

DAVY, J., not voting.

PALMER, Appellant, v. HARRER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by George Palmer against John Harrer and another. No opinion. Judgment and order affirmed, with costs.